AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Clifford Barnette Jones, Sr.,<br>Clifford Barnette Jones Jr., and<br>Mark Anthony Williams, Sr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)         1:15mj5JCG<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 25 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 24, 2015__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, 5 kilograms or more of cocaine hydrochloride and 1 kilogram or more of heroin. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brent Arthur, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/25/2015__

_____
*Judge's signature*

City and state: __Gulfport, MS__    John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT



I, Brent Arthur, being first duly sworn, state as follows:

## Introduction

I am a Special Agent (SA) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been employed with the DEA since 2010. I am currently assigned to the Gulfport Resident Office located in Gulfport, MS. During the course of my employment, I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code.

## Probable Cause Factual Basis

Beginning in 2013, a DEA Confidential Source (CS) began communicating with CJ, who was later identified as Clifford Barnette JONES Sr., in order to conduct a sale of multiple kilograms of cocaine. On April 16, 2013, the DEA Gulfport Resident Office showed 25 kilograms of cocaine (known as a "flash") to JONES Sr. in Waveland, Mississippi. After the cocaine flash, the CS continued to communicate with JONES Sr. and provided an undercover DEA bank account in order for JONES Sr. to deposit money for the CS to deliver multiple kilograms of cocaine to Detroit, Michigan. Between April 25, 2013 and February 10, 2014, a total of $65,000 was deposited into the undercover bank account in order for the CS to deliver multiple kilograms of cocaine to Detroit, Michigan.

On February 24, 2015, JONES Sr., Clifford Barnette JONES Jr., and Mark Anthony WILLIAMS Sr. met with a DEA Task Force Officer (UC), working in an undercover capacity, in the parking lot of the Island View Casino in Gulfport, Mississippi. During the meeting, the UC placed a phone call to the CS and gave the phone to JONES Sr., who then engaged in conversation with the CS via the phone. While JONES Sr. was talking on the phone with the CS, the UC engaged in conversation with JONES Jr. and WILLIAMS. JONES Jr. and WILLIAMS told the CS that they had $35,000 with them and JONES Jr. showed the UC the money. After JONES Sr. finished talking with the CS, the UC and JONES Sr. engaged in conversation and agreed that the UC would give them 5 bricks (kilograms) of cocaine and 1 brick (kilogram) of heroin in the parking lot of the Island View Casino. JONES Jr. gave the money to JONES Sr., who then gave the money to the UC. Agents then executed a coordinated arrest of JONES Sr., JONES Jr., and WILLIAMS.

## CONCLUSION

Based upon my experience as a DEA Special Agent and the facts listed above involving Clifford Barnette JONES Sr., Clifford Barnette JONES Jr., and Mark Anthony WILLIAMS Sr., it is my opinion that there is probable cause to believe that Clifford

Barnette JONES Sr., Clifford Barnette JONES Jr., and Mark Anthony WILLIAMS Sr. committed violations of Section 846, Title 21, United States Code, *i.e.* conspiracy to possess with intent to distribute cocaine hydrochloride and heroin in the Southern District of Mississippi.

_____
Brent Arthur
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me this 25th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE